UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | MAGISTRATE NO. 2:15-MJ-01242-2 |
| | § | |
| ASHLEY MICHELLE MAHONEY | § | |

## **MEMORANDUM OPINION AND ORDER OF DETENTION PENDING TRIAL**

A detention hearing has been held in accordance with the Bail Reform Act, 18 U.S.C. § 3142(f).  The following requires detention of the defendant pending trial in this case:

(1)     There is a serious risk that the defendant will not appear; and

(2)     There is a serious risk that the defendant will endanger the safety of another person or the community.

The evidence against the defendant is substantial.  The Defendant admitted she was to be paid to smuggle an alien.  The findings and conclusions contained in the Pretrial Services Report are adopted.  The Defendant has serious untreated substance abuse and mental health issues.  In the past she has left treatment centers or refused to attend.  She does not have steady employment or resources to address the issue of bond.  She is a poor bond risk.  The court would be willing to reconsider the matter of bond if the Defendant can produce a cash deposit, a solvent co-surety, a third party custodian, a stable place to live, and is willing to attend a residential treatment facility.

The defendant is committed to the custody of the United States Marshal or his designated representative for confinement in a corrections facility separate, to the extent

practicable, from persons awaiting or serving sentences or being held in custody pending

appeal.  The defendant shall be afforded a reasonable opportunity for private consultation

with defense counsel.  On order of a court of the United States or on request of an

attorney for the Government, the person in charge of the corrections facility shall deliver

the defendant to the United States Marshal for the purpose of an appearance in

connection with a court proceeding.

ORDERED this 28th day of September, 2015.

B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE